CORUS STAAL BV, Plaintiff–
Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

Nucor Corporation, Defendant–
Appellee,

and

United States Steel Corporation,
Defendant–Appellee.

No. 2007–1548.

United States Court of Appeals,
Federal Circuit.

Nov. 19, 2007.

ON MOTION

*ORDER*

Upon consideration of Corus Staal BV's unopposed motion to dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.

Joseph M. BRENNAN, Claimant–
Appellant,

v.

Gordon H. MANSFIELD, Acting
Secretary of Veterans Affairs,
Respondent–Appellee.

No. 2007–7263.

United States Court of Appeals,
Federal Circuit.

Nov. 19, 2007.

ON MOTION

*ORDER*

Upon consideration of Joseph M. Brennan's unopposed motion to voluntarily dismiss his appeal of the judgment of the United States Court of Appeals for Veterans Claims in *Brennan v. Nicholson,* No.05–1859.

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.